Order on Petition for Rehearing and Rehearing En Banc July 28, 2000.
The appellees filed a petition for rehearing and rehearing en banc.
Judge Widener voted to grant panel rehearing. Judge Michael and Judge Magill voted to deny.
A member of the Court requested a poll on the petition for rehearing en banc. The poll failed to produce a majority of the judges in active service in favor of rehearing en banc. Chief Judge Wilkinson, Judge Widener, and Judge Niemeyer voted to rehear the case en banc, and Judge Murnaghan, Judge Wilkins, Judge Luttig, Judge Williams, Judge Michael, Judge Motz, Judge Trader, and Judge King voted against rehearing en banc.
The Court denies the petition for rehearing and rehearing en banc.
Entered at the direction of Judge Michael for the Court.